IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **NORSK TILLITSMANN ASA,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 11-0465-CG |
| | ) |
| **M/V THULE PHOENIX (Official Number 12777/554929); and its engines, tackle, furniture, apparel, appurtenances, etc., in rem,** | ) ) ) ) ) |
| Defendant. | ) |

# ORDER

This matter is before the court on Alabama State Port Authority's Application for Default (Doc. 36). The court declines to enter default against a vessel that has been sold free and clear of all liens and possession has been taken by the new owner. The court will, however, entertain a motion for disbursement of funds after the deadline for claims against the proceeds of the sale has expired on November 14, 2011.

**DONE and ORDERED** this 10th day of November, 2011.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE